THE BOARD OF EDUCATION OF THE CITY OF ASBURY
PARK v. THEODORE R. MURNICK.

June 21, 1988.

Petition for certification denied.  (See 224 *N.J.Super.* 504)

GEORGE ZITZMAN v. APA TRANSPORT CORP. AND
COMMISSIONER OF LABOR.

June 21, 1988.

Petition for certification denied.

BARBARA BRIGLIA v. DR. STEPHEN P. ALTAKER.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MAPPS.

June 21, 1988.

Petition for certification denied.